## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| LAUSTEVEION JOHNSON, | ) | 3:13-CV-0689-LRH (VPC) |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | March 7, 2014 |
| APRIL WITTER, et al., | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN   REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is defendants' motion for clarification regarding the 90-day stay (#9) and motion to impose filing fee (#10).

Defendants' motion for clarification regarding the 90-day stay (#9) is **GRANTED** to the extent that it is clarified by this order. The District Court entered an order (#7) which clearly states that "the prohibition on filing papers during the ninety (90) day stay is lifted for the purposes of responding to the motion for preliminary injunction and this order." The court "specifically direct[ed] defendants to address the confiscation of plaintiff's hypertension medication." *Id.* The court finds this order clear on its face. Defendants' response to the motion for preliminary injunction (#6) is due within seven days of the court's order #7 as directed. No responsive pleading to plaintiff's complaint is due at this time.

Defendants' motion to impose the filing fee (#10) is **DENIED**.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By: /s/
Deputy Clerk