# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| LAUSTEVEION JOHNSON, | ) | 3:13-CV-0689-LRH (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | July 9, 2014 |
| | ) | |
| APRIL WITTER, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:    THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:          LISA MANN          REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is plaintiff's motion identifying unserved defendants (#24).  Defendants responded to the motion (#26), and no reply was filed.

The Office of the Attorney General has accepted service on behalf of all defendants who survived screening in this action (#23).  Therefore, plaintiff's motion identifying unserved defendants (#24) is **DENIED as moot.**

   **IT IS SO ORDERED.**

                                                       LANCE S. WILSON, CLERK

                                       By:            /s/
                                                         Deputy Clerk